# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

158396

*In re* PAROLE OF FREDERICK WILKINS

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

_____

MONROE COUNTY PROSECUTING
ATTORNEY,
      Appellee,

v

FREDERICK WILKINS,
      Appellee,
and

PAROLE BOARD,
      Intervenor-Appellant.

SC: 158396
COA: 344426
Monroe CC: 18-140703-AP

_____/

On order of the Court, the application for leave to appeal the August 1, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted, and we DIRECT that court to decide this case on an expedited basis.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



t1128

Clerk